# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **RAMON LOZANO,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WARDEN, EL PASO SERVICE PROCESSING CENTER; ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; AND U.S. ATTORNEY'S OFFICE (WESTERN DISTRICT OF TEXAS),** | § | **No. 3:26-CV-01908-LS** |
| | § | |
| ***Respondents*.** | § | |

## ORDER DISMISSING CASE

Petitioner Ramon Lozano filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention by Immigration and Customs Enforcement ("ICE").[1] He challenges his continued detention without a bond hearing.[2] However, Petitioner is not held under 8 U.S.C. § 1225 or § 1226. A removal order in his case was filed on June 2, 2026, and Petitioner did not appeal, making the order of removal final on July 2, 2026.[3]

The removal period is ninety days from the date the order of removal becomes administratively final.[4] During the removal period, "the Attorney General shall detain the alien."[5] Petitioner has only been held in custody for forty-three days after his removal order became final. Because Petitioner is still within the ninety-day removal period, his habeas petition is

[1] ECF No. 2.
[2] *Id.* at 7.
[3] ECF No. 9 at 1.
[4] 8 U.S.C. § 1231(a)(1).
[5] *Id.* § 1231(a)(2)(A).

**DISMISSED WITHOUT PREJUDICE**. All pending motions are denied. The Clerk shall close this case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 14, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**